IN RE BABCOCK.

Insurance. That portion of section six, chapter 16, Comp. Stat., requiring a company or association, partnership, firm, or individual to be possessed of $100,000.00, refers to life.insurance companies.

2. ———. Bankable notes cannot be, under the statute, included as a part of capital stock of life insurance companies.

THIS was a matter coming before the court upon a letter addressed to it by the auditor of public accounts, which letter is as follows:

"*The Honorable Supreme Court, State of Nebraska.*

"Gentlemen—In the transaction of business in my office it has become necessary for me to know the law regarding

the capital, if any, required of a life insurance company organized within the state of Nebraska.

"If it is not inconsistent with your duties, in order that I may fully understand what law is applicable, I respectfully solicit your opinion upon the following questions:

"1st. Does that part of section six, of chapter 16, Comp. Statutes, 1885, pages 182 and 183, which requires a company or association, partnership, firm, or individual, to be possessed of a capital of $100,000, refer to life insurance companies organized within the state of Nebraska?

"2d. If it does, would *bankable notes* be considered capital within the meaning of the law?

"Respectfully submitted,

H. A. BABCOCK,

Auditor Pub. Acc'ts."

To this, the court made the following reply: ·

BY THE COURT:

Chapter XXV. of the Revised Statutes, revision of 1866, entitled, "Incorporations—Insurance Companies," contained provisions regulating all kinds of insurance companies. That is, its provisions were general, making no distinction between the legal regulations of life, fire, accident, or any other kind of companies or business. That chapter contained section 6, precisely as it is now contained in chapter sixteen of the Compiled Statutes, and it clearly embraced in its provisions every kind and character of insurance known to the business of this state, including life insurance.

Subsequently, on the 25th day of February, 1873, there passed the legislature, and took effect June 1, of that year, the act entitled, "An act regulating insurance companies," which was published in and constitutes chapter 33 of the General Statutes, compiled and published that year. Section 41 of said chapter is in the following words: "Sec. 41.

That portion of chapter twenty-five, of the revision of 1866, which relates to insurance companies, and all acts and parts of acts amendatory and supplementary thereto, are hereby repealed, except so far as the same relates to the business of life insurance companies; and the auditor of state is authorized to return the deposits made under section twelve, chapter twenty-five, of the revision of 1866, when the companies making the same shall have complied with this act; *Provided,* such deposits shall not be needed for the payment of losses due from the company having made the same."

The said chapter twenty is carried forward in the latest compilation as chapter sixteen, and is believed to remain in force for some purpose, manifestly for that of controlling life insurance companies and the business of life insurance; and clearly all of its provisions, including the one requiring a corporation or association, partnership, firm, or individual to be possessed of a capital of $100,000, which are applicable, in the nature of things refer to life insurance companies organized within the state of Nebraska as well as those organized in other states and countries.

2.    No mention being made in the section referred to of bankable notes, or securities other than " stocks of some one or more of the states of this union, or of the United States, * *. *· or bonds of cities of the United States." We have no doubt that the securities must be confined to those thus designated, which does not include bankable notes.